# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**TERRY CALLICUTT**                                                                    **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 3:18-CV-13-MPM-RP**

**WINCHESTER, INC.**                                                                 **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS

On consideration of the file and records in this action, the Court finds that the report and recommendation of the United States Magistrate Judge dated March 2, 2018, was on that date mailed to Plaintiff Terry Callicutt; more than fourteen days have elapsed since service of the report and recommendation; and no objection has been filed or served by Plaintiff. The Court is of the opinion that the report and recommendation should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the report and recommendation of the United States Magistrate Judge dated March 2, 2018, is approved and adopted, and the proposed findings of fact and conclusions of law therein set out are adopted as the findings of fact and conclusions of law of the Court.

2. Plaintiffs' motion to proceed *in forma pauperis* is **DENIED**. Plaintiff is allowed fourteen (14) days from the date of this Order to pay the standard civil filing fee of $400.00. Failure to comply with this Order and pay the filing fee will result in dismissal of Plaintiff's Complaint under Federal Rule of Civil Procedure 41(a) without further notice to Plaintiff.

SO ORDERED, this the 23rd day of March, 2018.

                                                                  **/s/ MICHAEL P. MILLS**
                                                                  **UNITED STATES DISTRICT JUDGE**
                                                                  **NORTHERN DISTRICT OF MISSISSIPPI**